UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                                              Chapter 13
                                                                                              Case No. 14-34795-LMI
Fred Anthony Paz
aka Fred A. Paz and
Miriam Enid Paz
aka Miriam E. Paz,

     Debtors.
_____/

### U.S. BANK NATIONAL ASSOCIATION'S RESPONSE TO DEBTORS' AMENDED OBJECTION TO CLAIM NO. 5 ON SHORTENED NOTICE (D.E. #44)

U.S. Bank National Association not in its individual capacity, but solely as Legal Title Trustee for LVS Title Trust I ("Secured Creditor"), by and through its undersigned counsel, files this *Response to Debtors' Amended Objection to Claim No. 5 (D.E. #44) on Shortened Notice*, and in support thereof states as follows:

1.  The Debtors filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on November 7, 2014.

2.  Secured Creditor holds a security interest in the Debtors' real property located at *7234 N.W. 4th STREET, MIAMI, FL 33126* (the "Property"), by virtue of a Mortgage which is recorded in O.R. Book 25348, Page(s) 3542 – 3557 of the Public Records of Miami-Dade County, Florida (the "Mortgage"). The Mortgage secures a Note in the amount of $364,000.00 (the "Note").

3.  The Mortgage gives Secured Creditor a first lien on the Property.

MLG File No.:  15-06954

Case No. 14-34795-LMI

4. Secured Creditor filed a Proof of Claim (Claim No. 5) in this case on March 3, 2015 (the "Claim").

5. On October 6, 2015, the Debtors filed an Amended Objection to Claim No. 5 on Shortened Notice (D.E. #44)(the "Objection").

6. The Debtors' Objection seeks that the Claim be allowed as it is being paid outside the plan and that the Chapter 13 Trustee shall disburse adequate protection payments in accordance with the Debtors' Modified Plan and shall make no further disbursement on the claim beyond the adequate protection payments.

7. Secured Creditor concedes that there should be no distribution by the Chapter 13 Trustee beyond the adequate protection payments as denoted in the First Modified Plan (D.E. # 37) (the "Plan") filed on September 21, 2015.

8. Secured Creditor concedes that the Claim is now being treated outside the Plan, and in fact the Property should be surrendered.

9. Claimant reserves the right to supplement this Response as necessary.

**WHEREFORE**, Secured Creditor respectfully requests that the Objection be overruled, that the Claim be allowed as filed, and for such other and further relief as the Court deems just and proper.

Respectfully Submitted,

**MARINOSCI LAW GROUP, P.C.**
Attorney for Secured Creditor
100 West Cypress Creek Road, Suite 1045
Fort Lauderdale, FL 33309
Phone: (954) 644-8704
Fax: (954) 772-9601
Email: cdelisser@mlg-defaultlaw.com
/s/ Connie J. Delisser
**Connie J. Delisser, Esq.**
Florida Bar No. 293740

Case No. 14-34795-LMI

# CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that a true copy hereof has been served electronically or via U.S. mail, first-class postage prepaid, to the parties listed on the Service List below on October 7, 2015.

*Trustee*
**Nancy K. Neidich**
P.O. Box 279806
Miramar, FL 33027

*U.S. Trustee*
**Office of the U.S. Trustee**
51 S.W. 1st Avenue - Suite 1204
Miami, FL 33130

*Joint Debtors*
**Fred Anthony Paz**
**Miriam Enid Paz**
7234 N.W. 4th Street
Miami, FL 33126

*Debtors' Counsel*
**Patrick L. Cordero, Esq.**
198 N.W. 37th Avenue
Miami, FL 33125

      **MARINOSCI LAW GROUP, P.C.**
Attorney for Secured Creditor
100 West Cypress Creek Road, Suite 1045
Fort Lauderdale, FL 33309
Phone: (954) 644-8704
Fax: (954) 772-9601
Email: cdelisser@mlg-defaultlaw.com

/s/ Connie J. Delisser
**Connie J. Delisser, Esq.**
Florida Bar No. 293740