**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In Re:                                              PROCEEDINGS UNDER CHAPTER 13
                                                    CASE NO. 14-34795-BKC-LMI

Fred Anthony Paz
SSN: xxx-xx-5917
MiriamEnid Paz
SSN: xxx-xx-8205

_____Debtor(s)._____/

## AMENDED OBJECTION TO CLAIM ON SHORTENED NOTICE

*IMPORTANT NOTICE TO CREDITOR:  THIS IS AN OBJECTION TO YOUR CLAIM*

*This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf.  Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).*

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the debtor objects to the following claim filed in this case:

| Claim No. | Name of Claimant | Basis for Objection and Recommended Disposition |
|---|---|---|
| 5 | US Bank National Association BSI Financial Services | This claim is ALLOWED as it is being paid outside. The Chapter 13 Trustee shall disburse adequate protection payments in accordance with the Debtors' Modified Plan and shall make no further disbursements on the claim beyond the adequate protection payments. |

The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and the debtor at least 14 calendar days prior to the confirmation hearing date and that a certificate of service conforming to Local Rule 2002-1(F) must be filed with the court when the objection and notice of hearing are served.

DATED:  12/3/2015

**LAW OFFICES OF PATRICK L CORDERO, PA**
Attorney for Debtor(s)
198 NW 37 Avenue
Miami, FL 33125
(305) 445-4855

_____/s/  FILED ECF_____.
Patrick L. Cordero, Esq.
FL Bar No. 801992