**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

■ ___2nd___ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: ___Fred Anthony Paz___  JOINT DEBTOR: ___Miriam Enid Paz___  CASE NO.: ___14-34795-LMI___
Last Four Digits of SS# ___5917___  Last Four Digits of SS# ___8205___

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of ___60___ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $ ___1,337.99___ for months ___1___ to ___13___;
B. $ ___305.14___ for months ___14___ to ___60___; in order to pay the following creditors:

Administrative:   Attorney's Fee - $ 3,500. + 2,500. + 275. Costs + 500.(Mod)  =$ 6,775.00
                  TOTAL PAID-   $ 1,500.00
                  Balance Due-  $ 5,275.00   payable $ 146.15 /month (Months 1 to 13)
                                             $ 259.62 /month (Months 14 to 26)
                                             $ 0.00 /month (Months 27 to 60)

Secured Creditors:   [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. ___BSI Financial Services___          MMM Program Denied 08/17/2015
Address: ___314 S Franklin St___         Payment   $1,164.77/month (Months 1 to 13)
         ___Titusville, PA 16354___      Payment   $ 0.00/month (Months 14 to 60)
Account No: ___370501024___

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  | 0.00% | $0.00 | 1 To 60 | $0.00 |

Priority Creditors: [as defined in 11 U.S.C. §507]
1. _____   Total Due $_____
                         Payable  $_____/month (Months ____ to ____)

Unsecured Creditors:  Pay $ ___0.00___ month (Months 1 to 13)
                          $ ___15.01___ month (Months 14 to 26)
                          $ ___274.63___ month (Months 27 to 60)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtors were denied TPP offer with BSI Financial Services and creditor is now outside the plan with consent to relief from stay Cavalry Portfolio Services (2001 Ford) is being paid outside the Chapter 13 Plan. **The debtor(s) will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____/s_____          _____/s_____
Debtor                              Joint Debtor

Date: ___01/04/2016___             Date: ___01/04/2016___

LF-31 (rev. 01/08/10)