

ORDERED in the Southern District of Florida on February 1, 2016.

_Laurel M. Isicoff_
Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

In Re:                                              PROCEEDINGS UNDER CHAPTER 13
                                                    CASE NO. 14-34795-BKC-LMI

Fred Anthony Paz
MiriamEnid Paz
     Debtor(s).    /

## ORDER SUSTAINING OBJECTION TO CLAIM #5 OF
## US BANK NATIONAL ASSOCIATION, BSI FINANCIAL SERVICES

THIS CAUSE came on to be heard on January 5, 2016 upon the Debtor's Objection to Claim #5 of US BANK NATIONAL ASSOCIATION, BSI FINANCIAL SERVICES (ECF #55), and based upon the record, it is:

**ORDERED** as follows:

1. The Debtor's Objection to Claim #5 is **SUSTAINED.**

2. That Claim #5 is **ALLOWED**, the Chapter 13 Trustee shall disburse adequate protection payments in accordance with the Debtor's Second Modified Plan and shall make no further disbursements on the claim beyond adequate protection payments as the claim is being paid outside the chapter 13 plan.

(###)

Patrick L. Cordero, Esquire is directed to furnish a conformed copy of this order to all interested parties.

**Law Offices of Patrick L Cordero, Esq**
Attorney for Debtor(s).
198 NW 37th Avenue
Miami, Florida 33125
Tel: (305) 445-4855
By:   /s/ (FILED ECF)
[   ] Patrick L. Cordero, Esq., FBN 801992
[ x ] Miriam V. Marenco, Esq., FBN 86115
[   ] Giselle Velez, Esq., FBN 71004